# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGNAL IP, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MITSUBISHI MOTORS NORTH AMERICA, INC., a California corporation,<br><br>Defendant. | Case No. 8:14-cv-00497-JAK (JEMx)<br><br>[Related to 2:14-cv-02454-JAK (JEMx); 2:14-cv-02962-JAK (JEMx); 8:14-cv-00491-JAK (JEMx); 2:14-cv-02963 JAK (JEMx); 2:14-cv-02457-JAK (JEMx); 2:14-cv-03111-JAK (JEMx); 2:14-cv-03109-JAK (JEMx); 2:14-cv-03113-JAK (JEMx); 2:14-cv-03108-JAK (JEMx); 2:14-cv-03114-JAK (JEMx)]<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE JS-6**<br><br>Hon. John A. Kronstadt |

1  CAME ON THIS DAY for consideration of the Stipulated Motion for
2  Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff
3  Signal IP. Inc. and defendant Mitsubishi Motors North America, Inc. in this case,
4  and the Court being of the opinion that said motion should be GRANTED, it is
5  hereby
6  ORDERED. ADJUDGED AND DECREED that all claims asserted in this
7  suit between plaintiff Signal IP. Inc. and defendant Mitsubishi Motors North
8  America, Inc. arc hereby dismissed with prejudice, subject to the terms of that
9  certain agreement entitled **"SETTLEMENT AND LICENSE AGREEMENT"**
10 and dated July 10, 2015.
11 It is further ORDERED that all attorneys' fees and costs are to be borne by
12 the party that incurred them and neither party shall be required to pay any costs,
13 attorney fees or other expenses of the other party that are associated with the matters
14 settled by this Stipulated Motion for Dismissal with Prejudice.
15
16 DATED:  July 22, 2015
17
18 _____
19 Hon. John A. Kronstadt
   U.S. District Judge